IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 14-652-2 |
| | : | |
| ANTONIO LAREDO | : | |

# ORDER

**AND NOW**, this 31st day of July 2023, upon considering Defendant's *pro se* Motion for compassionate release (ECF No. 1435), Defendant's medical records (ECF No. 1439), the United States' Response (ECF No. 1440), and for the reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 1435) is **DENIED** without prejudice.

KEARNEY, J.